IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LAWRENCE ARRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:26cv223-MHT |
| ) | (WO) |
| ROGERS CARTAGE CO., INC.; ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the court is plaintiff's notice of voluntary
dismissal without prejudice as to defendant Centerline
Drivers, LLC (Doc. 5), in which plaintiff, pursuant
Federal Rule of Civil Procedure 41(a)(1)(A)(i),
dismisses its claims against only one of the four
defendants. Rule 41(a)(1)(A) allows a plaintiff to
"dismiss an action" without court permission so long as
no answer or motion for summary judgment has been
filed. "Rule 41(a)(1)(A)(i) allows 'only for the
[voluntary] dismissal of an entire action,' not
individual claims within an action." *CMYK Enters., Inc.*

*v. Advanced Print Techs., LLC*, 154 F.4th 1329, 1332 (11th Cir. 2025) (quoting *Rosell v. VMSB, LLC*, 67 F.4th 1141, 1143 (11th Cir. 2023)).   However, the Eleventh Circuit Court of Appeals has recognized an "exception to this rule, allowing plaintiffs to voluntarily dismiss less than the entire action so long as they dismiss a defendant in its entirety (*i.e.*, they dismiss all of the claims brought against that defendant)."  *In re Esteva*, 60 F.4th 664, 677 (11th Cir. 2023) (citing cases).

No answer or motion for summary judgment has been filed here, and plaintiff seeks to dismiss all claims against a particular defendant.  Therefore, plaintiff's notice of dismissal was effective in dismissing all claims against defendant Centerline Drivers, LLC, without prejudice.

Nevertheless, because this case will proceed more efficiently and with less chance of confusion if it starts with an accurate complaint, the court will require the filing of an amended complaint.

2

**\*\*\***

Accordingly, it is ORDERED that:

(1) By July 13, 2026, plaintiff shall file an amended complaint omitting the dismissed defendant and modifying the allegations and counts as necessary in light of the dismissal.

(2) The clerk of court shall terminate defendant Centerline Drivers, LLC as a party to this action in the court's electronic filing system.

DONE, this the 29th day of June, 2026.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

3